IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CREIGHTON UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV460 |
| | ) | |
| V. | ) | |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In Magistrate Judge Piester's absence,

IT IS ORDERED that the telephone planning conference in this matter will be held with Judge Kopf on Tuesday, June 16, 2009, at 9:00 AM for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 12th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge