IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CREIGHTON UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV460 |
| | ) | |
| V. | ) | |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

I was informed today by one of the lawyers that the mediation in this case was likely successful and, as a result, the parties wish to cancel the telephone scheduling conference. With that in mind,

IT IS ORDERED that

1. The telephone scheduling conference is cancelled;

2. By the close of business on Monday, September 14, 2009, counsel for all parties shall file and serve a status report.

September 4, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge