IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CREIGHTON UNIVERSITY, | ) | 8:08CV460 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 64) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

September 25, 2009.           BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge